IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELISHA PATRICK                                                                                   PLAINTIFF

v.                                    Civil No. 09-5171

NURSE RHONDA BRADLEY, Jail
Nurse, Washington County Detention
Center; JAILER REID, Washington
County Detention Center; JAILER CENTER,
Washington County Detention Center;
JAILER L. JONES, Washington County
Detention Center; SGT. WILLIAMS, Washington
County Detention Center; SHERIFF TIM HELDER;
and JAILER SPEARS, Washington County
Detention Center                                                                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Elisha Patrick filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on August 13, 2009. Her complaint was filed *in forma pauperis* (IFP).

On September 8, 2010, I entered an order (Doc. 21) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by September 30, 2010. On October 15, 2010, Defendants filed a motion to dismiss (Doc. 22). In the motion, Defendants state they have not received the discovery responses from the Plaintiff. Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (Doc. 22) be granted. This case should be dismissed based on Plaintiff's failure to comply with the order of the court and her failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

-1-

AO72A
(Rev. 8/82)

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of April 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE