```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**ELISHA PATRICK**                                                    PLAINTIFF

           v.            Civil No. 09-5171

**NURSE RHONDA BRADLEY, Jail Nurse,
Washington County Detention Center;
JAILER REID, Washington County
Detention Center; JAILER CENTER,
Washington County Detention Center;
JAILER L. JONES, Washington County
Detention Center; SGT. WILLIAMS,
Washington County Detention Center;
SHERIFF TIM HELDER; and JAILER
SPEARS, Washington County Detention
Center**                                                              **DEFENDANTS**

### O R D E R

Now on this 16th day of May, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #24), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**